---

AeroLegacy, LLC
Jessups Estate PO Box 590
Jessups
ST. CHRISTOPHER-NEVIS

---

FPF OFFICE
P.O. BOX 52-2207
MIAMI, FL 331522207

U.S. Customs and Border Protection

## NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS - JF FORM

April 03, 2026

REGISTERED MAIL USPS - 7016 0600 0000 3645 8602 & Regular Mail

AeroLegacy, LLC
Jessups Estate PO Box 590
Jessups
ST. CHRISTOPHER-NEVIS

Re: Case Number: 2026520390000201

Dear Sir/Madam:

This is to notify you that U.S. Immigration and Customs Enforcement (ICE) seized the property described below at Ft. Lauderdale on February 27, 2026:

| | | | |
|---|---|---|---|
| 1 | EA | T7-JJ27 2009 LEARJET 60XR SN#366 | T7-JJ27 |
| 1 | EA | Log books for T7-JJ27 | |

The appraised domestic value of the property is $3,244,240.00.

The property was seized and is subject to forfeiture under the provisions of:

19 USC 1595a(d), 31 CFR 591.201, Executive Order 13692 (March 8, 2015) - Venezuela Sanctions Regulations

49 USC 46306(d), 49 USC 46306(b)(4), 49 USC Subtitle VII Part A - Obtaining Certificate by Concealing a Material Fact, Making a False Statement, or Using a False Document

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the action that CBP will be taking and the options available to you concerning this seizure. An important document – an "Election of Proceedings" form is enclosed with this letter. You must choose one of the options outlined below, indicate your choice on the "Election of Proceedings" form, and return it and any other necessary documents to CBP within the allotted time frame (see options below). Should you choose to abandon the property, you must still complete the "Election of Proceedings" form and return it to CBP.

If you take no action, this office may refer this matter to the appropriate United States Attorney for judicial forfeiture action.

Your options are as follows:

1. **Petition:** You may file a petition with this office within 30 days from the date of this letter in accordance with Title 19, United States Code (U.S.C), Section 1618 (19 U.S.C. § 1618) and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19 C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture and must include proof of your interest in or claim to the property. The petition and any attachments may be submitted in paper at the address of the Fines, Penalties, and Forfeitures Office appearing on this form or it may be submitted electronically (including any attachments) through the following url: https://epet.cbp.dhs.gov/. Examples of proof of interest include, but are not limited to, a car title, loan agreement, or other proof of purchase documentation. If you choose this option, you must check **Box 1** on the "Election of Proceedings" form .

   By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt forfeiture proceedings, if they have already commenced. However, if CBP has referred the matter to the U.S. Attorney for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney.

   If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property requesting a referral to the U.S. Attorney. If you do not act within these time frames, CBP may take action to forfeit the property to the United States. A report of the seizure will be transmitted to the U.S. Attorney for the court district in which the seizure was made for institution of judicial forfeiture proceedings.

   At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney. (Please see option 4 of this letter for information on how to request referral for court action (judicial proceeding).) If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with title 19, U.S.C., section 1617 (19 U.S.C. § 1617) and title 19, C. F.R., sections 161.5 and 171.31 (19 C.F.R. §§ 161.5, 171.31). The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

   If you chose to submit an offer in compromise and do not accept the decision within 30 days of its date of issuance, the property will be referred to the U.S. Attorney for judicial forfeiture action.

   You may also request a referral to the U.S. Attorney at any point prior to the issuance of the offer in compromise decision. Please see section 4 of this letter for information on how to request referral for court action (judicial proceeding). If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3. **Abandon:** You may abandon the property or state that you have no claim to or interest in it. If you choose this option, you should check **Box 3** on the "Election of Proceedings" form. The Government may proceed with forfeiture proceedings, or address claims from other parties concerning the property, without further involving you.

4. **Court Action (Judicial Proceedings):** You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in the letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below). Upon receipt of such request, CBP will refer this matter to the U.S. Attorney's Office to forfeit the property by judicial condemnation in accordance with Title 19, U.S.C., Section 1610 (19 U.S.C. § 1610) and Title 19, C.F.R., Section 162.32 (19 C.F.R. § 162.32). If you choose this option, you should check **Box 4** on the "Election of Proceedings" form.

**Release on Payment:** If the seized merchandise is not contraband or merchandise which, by law, is prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with Title 19, U.S.C., Section 1614 (19 U.S.C. § 1614) and Title 19, C.F.R., Section 162.44 (19 C.F.R. § 162.44).

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property. You may still submit a petition, offer in compromise, or request the matter be referred to the U.S. Attorney's Office. You must check the appropriate box on the "Election of Proceedings" form indicating that you intend to purpose such additional options. The decision letter on your offer will provide you with the time frames for those options. If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Take No Action:** If you take no action within 30 days from the date of this notice, CBP may refer this matter to the U.S. Attorney's Office to forfeit the property by judicial condemnation in accordance with Title 19, U.S.C., Section 1610 (19 U.S.C. § 1610) and Title 19, C.F.R., Section 162.32 (19 C.F.R. § 162.32).

**Holder of a Lien or Security Interest:** If you are a holder of a lien or security interest and you do not file a request for court action, (option 4 above), you may avail yourself of any of the other options listed. No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial forfeiture, if those documents are necessary to support the option you choose. If you did not receive this form, please call the telephone number below.

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter. If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

All correspondence should be addressed to U.S. Customs and Border Protection, FPF OFFICE, P.O. BOX 52-2207, MIAMI, FL 331522207. If further information is required, contact ANA TORO at Fines, Penalties and Forfeitures Office at (305) 869-2870 or ana.l.toro@cbp.dhs.gov. All inquiries should reference the case number.

Sincerely,

Signed in SEACATS by ANA TORO on behalf of ROBERT M. DEL TORO, FPFO on 04/03/2026 09:45:33 EDT

ANA TORO

ROBERT M. DEL TORO
Fines, Penalties and Forfeitures Officer

Enclosures: Judicial Forfeiture Election of Proceedings

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR 18 U.S.C. § 1621, AND MAY BE PUNISHABLE BY A FINE AND IMPRISONMENT

**ELECTION OF PROCEEDINGS - JF FORM**

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM MUST BE COMPLETED AND RETURNED TO THE U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT FPF OFFICE, P.O. BOX 52-2207, MIAMI, FL 331522207. IF YOU DO NOT COMPLETE AND RETURN THIS FORM, CBP SHALL PROCEED TO INITIATE JUDICIAL FORFEITURE PROCEEDINGS REGARDLESS OF WHETHER YOU FILE A PETITION OR OFFER.

I understand that property in which I have an interest has been seized by the U.S. Customs and Border Protection Service (CBP)/U.S. Immigration and Customs Enforcement (ICE) under Case No. 2026520390000201. I further understand that CBP will seek to forfeit the property by judicial condemnation, in accordance with 19 U.S.C. § 1610 and 19 C.F.R. § 162.32.

Check ONLY ONE (1) of the following options:

☐ 1. **I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** That document is attached. By making this request, I understand that CBP will halt the forfeiture proceedings, review my petition and render a decision. I further understand that I may request immediate referral of the case to the U.S. Attorney for commencement of judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings. By submitting a request for judicial forfeiture, I understand that CBP's consideration of my petition will stop and the case will be sent to the U.S. Attorney for court action.

☐ 2. **I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY.** My offer is attached. I also understand that *at any time* prior to forfeiture I can request referral of the matter to the U.S. Attorney's Office for court action. In that event, I understand that CBP will stop its consideration of my offer in compromise.

☐ 3. **I ABANDON THE PROPERTY AND I REQUEST IMMEDIATE COMMENCEMENT OF JUDICIAL FORFEITURE PROCEEDINGS.** I understand that I have abandoned all rights with regard to the seized property, including my right to intervene in any judicial forfeiture action against the property.

☐ 4. **I REQUEST THAT CBP REFER THIS MATTER TO THE U.S. ATTORNEY FOR INSTITUTION OF JUDICIAL FORFEITURE PROCEEDINGS ( COURT ACTION ).** Please immediately refer the case to the U.S. Attorney for a court decision.

__________________________
Name (Print)

__________________________ __________________________
Signature Date

-----------------------------------------------------------------------------------------------------------

Alejandro Padilla
17415 NW 94TH CT APT 105
HIALEAH GARDENS, FL 33018

-----------------------------------------------------------------------------------------------------------

FPF OFFICE
P.O. BOX 52-2207
MIAMI, FL 331522207

U.S. Customs and Border Protection

**NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS - JF FORM**

April 10, 2026

CERTIFIED - RETURN RECEIPT REQUESTED USPS - 7016 0600 0000 3645 8695 & Regular Mail

Alejandro Padilla
17415 NW 94TH CT APT 105
HIALEAH GARDENS, FL 33018

Re: Case Number: 2026520390000201

Dear Sir/Madam:

This is to notify you that U.S. Immigration and Customs Enforcement (ICE) seized the property described below at Ft. Lauderdale on February 27, 2026:

| | | | |
|---|---|---|---|
| 1 | EA | T7-JJ27 2009 LEARJET 60XR SN#366 | T7-JJ27 |
| 1 | EA | Log books for T7-JJ27 | |

The appraised domestic value of the property is $3,244,240.00.

The property was seized and is subject to forfeiture under the provisions of:

19 USC 1595a(d), 31 CFR 591.201, Executive Order 13692 (March 8, 2015) - Venezuela Sanctions Regulations

49 USC 46306(d), 49 USC 46306(b)(4), 49 USC Subtitle VII Part A - Obtaining Certificate by Concealing a Material Fact, Making a False Statement, or Using a False Document

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the action that CBP will be taking and the options available to you concerning this seizure. An important document – an "Election of Proceedings" form is enclosed with this letter. You must choose one of the options outlined below, indicate your choice on the "Election of Proceedings" form, and return it and any other necessary documents to CBP within the allotted time frame (see options below). Should you choose to abandon the property, you must still complete the "Election of Proceedings" form and return it to CBP.

If you take no action, this office may refer this matter to the appropriate United States Attorney for judicial forfeiture action.

Your options are as follows:

1. **Petition:** You may file a petition with this office within 30 days from the date of this letter in accordance with Title 19, United States Code (U.S.C), Section 1618 (19 U.S.C. § 1618) and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19 C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture and must include proof of your interest in or claim to the property. The petition and any attachments may be submitted in paper at the address of the Fines, Penalties, and Forfeitures Office appearing on this form or it may be submitted electronically (including any attachments) through the following url: https://epet.cbp.dhs.gov/. Examples of proof of interest include, but are not limited to, a car title, loan agreement, or other proof of purchase documentation. If you choose this option, you must check **Box 1** on the "Election of Proceedings" form .

   By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt forfeiture proceedings, if they have already commenced. However, if CBP has referred the matter to the U.S. Attorney for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney.

   If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property requesting a referral to the U.S. Attorney. If you do not act within these time frames, CBP may take action to forfeit the property to the United States. A report of the seizure will be transmitted to the U.S. Attorney for the court district in which the seizure was made for institution of judicial forfeiture proceedings.

   At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney. (Please see option 4 of this letter for information on how to request referral for court action (judicial proceeding).) If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with title 19, U.S.C., section 1617 (19 U.S.C. § 1617) and title 19, C. F.R., sections 161.5 and 171.31 (19 C.F.R. §§ 161.5, 171.31). The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

   If you chose to submit an offer in compromise and do not accept the decision within 30 days of its date of issuance, the property will be referred to the U.S. Attorney for judicial forfeiture action.

   You may also request a referral to the U.S. Attorney at any point prior to the issuance of the offer in compromise decision. Please see section 4 of this letter for information on how to request referral for court action (judicial proceeding). If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3. **Abandon:** You may abandon the property or state that you have no claim to or interest in it. If you choose this option, you should check **Box 3** on the "Election of Proceedings" form. The Government may proceed with forfeiture proceedings, or address claims from other parties concerning the property, without further involving you.

4. **Court Action (Judicial Proceedings):** You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in the letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below). Upon receipt of such request, CBP will refer this matter to the U.S. Attorney's Office to forfeit the property by judicial condemnation in accordance with Title 19, U.S.C., Section 1610 (19 U.S.C. § 1610) and Title 19, C.F.R., Section 162.32 (19 C.F.R. § 162.32). If you choose this option, you should check **Box 4** on the "Election of Proceedings" form.

**Release on Payment:** If the seized merchandise is not contraband or merchandise which, by law, is prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with Title 19, U.S.C., Section 1614 (19 U.S.C. § 1614) and Title 19, C.F.R., Section 162.44 (19 C.F.R. § 162.44).

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property. You may still submit a petition, offer in compromise, or request the matter be referred to the U.S. Attorney's Office. You must check the appropriate box on the "Election of Proceedings" form indicating that you intend to purpose such additional options. The decision letter on your offer will provide you with the time frames for those options. If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Take No Action:** If you take no action within 30 days from the date of this notice, CBP may refer this matter to the U.S. Attorney's Office to forfeit the property by judicial condemnation in accordance with Title 19, U.S.C., Section 1610 (19 U.S.C. § 1610) and Title 19, C.F.R., Section 162.32 (19 C.F.R. § 162.32).

**Holder of a Lien or Security Interest:** If you are a holder of a lien or security interest and you do not file a request for court action, (option 4 above), you may avail yourself of any of the other options listed. No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial forfeiture, if those documents are necessary to support the option you choose. If you did not receive this form, please call the telephone number below.

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter. If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

All correspondence should be addressed to U.S. Customs and Border Protection, FPF OFFICE, P.O. BOX 52-2207, MIAMI, FL 331522207. If further information is required, contact ANA TORO at Fines, Penalties and Forfeitures Office at (305) 869-2870 or ana.l.toro@cbp.dhs.gov. All inquiries should reference the case number.

Sincerely,

Signed in SEACATS by ANA TORO on behalf of ROBERT M. DEL TORO, FPFO on 04/10/2026 10:46:52 EDT

ANA TORO

ROBERT M. DEL TORO
Fines, Penalties and Forfeitures Officer

Enclosures: Judicial Forfeiture Election of Proceedings

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR 18 U.S.C. § 1621, AND MAY BE PUNISHABLE BY A FINE AND IMPRISONMENT

**ELECTION OF PROCEEDINGS - JF FORM**

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM MUST BE COMPLETED AND RETURNED TO THE U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT FPF OFFICE, P.O. BOX 52-2207, MIAMI, FL 331522207. IF YOU DO NOT COMPLETE AND RETURN THIS FORM, CBP SHALL PROCEED TO INITIATE JUDICIAL FORFEITURE PROCEEDINGS REGARDLESS OF WHETHER YOU FILE A PETITION OR OFFER.

I understand that property in which I have an interest has been seized by the U.S. Customs and Border Protection Service (CBP)/U.S. Immigration and Customs Enforcement (ICE) under Case No. 2026520390000201. I further understand that CBP will seek to forfeit the property by judicial condemnation, in accordance with 19 U.S.C. § 1610 and 19 C.F.R. § 162.32.

Check ONLY ONE (1) of the following options:

☐ **1. I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** That document is attached. By making this request, I understand that CBP will halt the forfeiture proceedings, review my petition and render a decision. I further understand that I may request immediate referral of the case to the U.S. Attorney for commencement of judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings. By submitting a request for judicial forfeiture, I understand that CBP's consideration of my petition will stop and the case will be sent to the U.S. Attorney for court action.

☐ 2. **I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY.** My offer is attached. I also understand that *at any time* prior to forfeiture I can request referral of the matter to the U.S. Attorney's Office for court action. In that event, I understand that CBP will stop its consideration of my offer in compromise.

☐ 3. **I ABANDON THE PROPERTY AND I REQUEST IMMEDIATE COMMENCEMENT OF JUDICIAL FORFEITURE PROCEEDINGS.** I understand that I have abandoned all rights with regard to the seized property, including my right to intervene in any judicial forfeiture action against the property.

☐ 4. **I REQUEST THAT CBP REFER THIS MATTER TO THE U.S. ATTORNEY FOR INSTITUTION OF JUDICIAL FORFEITURE PROCEEDINGS ( COURT ACTION ).** Please immediately refer the case to the U.S. Attorney for a court decision.

________________________
Name (Print)

________________________ ________________________
Signature Date