**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

AEROLEGACY, LLC; and
ALEJANDRO PADILLA,

*Plaintiffs*,

CASE NO.: 0:26cv61858

v.

UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; and UNKNOWN FEDERAL OFFICERS 1–10, in their individual capacities,

*Defendants*.
_______________________________________/

**PLAINTIFFS' PROOF OF SERVICE AFFIDAVIT**

STATE OF FLORIDA ) SS:
COUNTY OF MIAMI )

Before me, the undersigned authority, personally appeared Alejandra Muniz Marcial, who first being duly sworn, affirmed by me, under penalty of perjury, deposed as follows:

1. My name is Alejandra Muniz Marcial, I am over the age of 18 and not a party to this action. I am employed as Plaintiffs' attorney at Barakat+ Bossa, PLLC.

2. On July 29, 2026, I served a true and correct copy of the Summons and Complaint on the following Defendants, by placing each in a sealed envelope with postage fully prepaid, via Certified Mail, Return Receipt Requested (USPS Form 3800):

(i) Attorney for the Southern District of Florida
Civil Process Clerk
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

(ii) Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

(iii) U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

(iv) U.S. Department of Homeland Security
Office of the General Counsel
MS 0485
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0525

(v) U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street, SW
Washington, DC 20536

(vi) U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, DC 20229

(vii) U.S. Department of the Treasury
Office of the General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

(viii) Scott Bessent, Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

(ix) Markwayne Mullin, Secretary of Homeland Security
U.S. Department of Homeland Security
245 Murray Lane, SW, Mail Stop 0485
Washington, DC 20528-0485

(x) Markwayne Mullin, Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0525

3. This server's affidavit is filed in compliance with Federal Rule of Civil Procedure 4, which confirms that the Defendants listed above were properly served.

4. According to the United States Postal Service ("USPS") tracking records, each certified mailing containing the summons was delivered, as confirmed by the USPS tracking information. Proofs of delivery are attached hereto collectively as Exhibit "A".

5. I declare under penalty of perjury that the foregoing is true and correct.

*[THIS SPACE IS INTENTIONALLY LEFT BLANK]*

## VERIFICATION

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 25th day of August, 2026

By: *Alejandra Muñiz Marcial*
Alejandra Muniz Marcial
Attorney, not in her individual capacity
Barakat + Bossa, PLLC

STATE OF FLORIDA ) SS:
COUNTY OF MIAMI )

The foregoing instrument was sworn to, affirmed, and subscribed before me this 25th day of August 2026, by ALEJANDRA MUNIZ MARCIAL, not in her individual capacity but as counsel for Plaintiffs, by means of (✓) physical presence or (__) online notarization, who is (✓) personally known to me, or who (__) has produced ____________________as identification.

*[signature]*
(Signature of Notary Public)

Elizabeth Arritola
(Print Name)

ELIZABETH ARRITOLA
Notary Public - State of Florida
Commission # HH 750567
My Comm. Expires Dec 21, 2029
Bonded through National Notary Assn.

(Print, Type, or Stamp Commissioned Name of Notary Public)

Respectfully submitted,

**BARAKAT + BOSSA, PLLC**
*Attorneys for Plaintiffs,*
*AeroLegacy, LLC and Alejandro Padilla*
201 Alhambra Circle, Suite 1060,
Coral Gables, Florida 33134
Tel (305) 444-3114
Fax (305) 444-3115

By: */s/ Richard L. Richards, Esq.*
**RICHARD L. RICHARDS**
Florida Bar No. 09415
richards@b2b.legal; service@b2b.legal
**ALEJANDRA MUÑIZ MARCIAL**
Florida Bar No.: 1019266
amuniz@b2b.legal; mjimenez@b2b.legal

# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0135 |
| $ $0.00 | 4 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $4.02 | |
| $ | 07/29/2026 |
| Total Postage and Fees $9.57 | |
| $ | |

Postmark: METRO POSTAL STORE, JUL 29 2026, MIAMI FL 33131-9998 USPS

Sent To
Street and Apt. No., or PO Box No. 500 12th Street, S.W
City, State, ZIP+4® Washington, DC 20536

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5015 72

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20229
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0135 |
| $ $0.00 | 4 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $4.02 | |
| $ | 07/29/2026 |
| Total Postage and Fees $9.57 | |
| $ | |

Postmark: METRO POSTAL STORE, JUL 29 2026, MIAMI FL 33131-9998 USPS

Sent To
Street and Apt. No., or PO Box No. 1300 Pennsylvania Ave. N W
City, State, ZIP+4® Washington, DC 20229

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20220
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0135 |
| $ $0.00 | 4 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $4.02 | |
| $ | 07/29/2026 |
| Total Postage and Fees $9.57 | |
| $ | |

Postmark: METRO POSTAL STORE, JUL 29 2026, MIAMI FL 33131-9998 USPS

Sent To
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave. N.W
City, State, ZIP+4® Washington DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5015 65

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20220
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0135 |
| $ $0.00 | 4 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $4.02 | |
| $ | 07/29/2026 |
| Total Postage and Fees $9.57 | |
| $ | |

Postmark: METRO POSTAL STORE, JUL 29 2026, MIAMI FL 33131-9998 USPS

Sent To
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave. N.W
City, State, ZIP+4® Washington, DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 4924 74

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20528

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.55 | 0135 |
| | $0.00 | 4 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $4.02 | |
| Total Postage and Fees $ | $9.57 | 07/29/2026 |

Postmark: METRO POSTAL STORE MIAMI FL 33131 JUL 29 2026

Sent To: 245 Murray Lane, S.W.
Street and Apt. No., or PO Box No.: Mail Stop 0485
City, State, ZIP+4®: Washington, DC 20528-0485

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5015 58

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20528

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.55 | 0135 |
| | $0.00 | 4 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $4.02 | |
| Total Postage and Fees $ | $9.57 | 07/29/2026 |

Postmark: METRO POSTAL STORE MIAMI FL 33131-9998 USPS JUL 29 2026

Sent To: 2707 Martin Luther King Jr. Ave
Street and Apt. No., or PO Box No.: SE
City, State, ZIP+4®: Washington, DC. 20528-0525

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5016 33

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Fort Lauderdale, FL 33394

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.55 | 0135 |
| | $0.00 | 4 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $4.02 | |
| Total Postage and Fees $ | $9.57 | 07/29/2026 |

Sent To:
Street and Apt. No., or PO Box No.: 500 E Broward Blvd.
City, State, ZIP+4®: Ft. Lauderdale, Fl. 33394

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5016 19

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20531

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.55 | 0135 |
| | $0.00 | 4 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $4.02 | |
| Total Postage and Fees $ | $9.57 | 07/29/2026 |

Postmark: METRO POSTAL STORE MIAMI FL 33131-9998 USPS JUL 29 2026

Sent To:
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. N.W
City, State, ZIP+4®: Washington, DC. 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5015 96

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

OFFICIAL USE

Certified Mail Fee $5.55
$ 0135
4

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
METRO POSTAL STORE
JUL 29 2026
MIAMI FL 33131-9998 USPS
07/29/2026

Postage
$ $4.02

Total Postage and Fees
$ $9.57

Sent To

Street and Apt. No., or PO Box No.
2707 Martin Luther King Jr. Ave SE

City, State, ZIP+4®
Washington, DC 20528-0525

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4108 5016 02

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

OFFICIAL USE

Certified Mail Fee $5.55
$ 0135
4

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here
METRO POSTAL STORE
JUL 29 2026
MIAMI FL USPS
07/29/2026

Postage
$ $4.02

Total Postage and Fees
$ $9.57

Sent To

Street and Apt. No., or PO Box No.
245 Murray Lane SW, Mail Stop 0485

City, State, ZIP+4®
Washington DC 20528-0485

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704108492474

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 7:57 am on August 7, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
August 7, 2026 7:57 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 7, 2026 6:02 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 3:57 PM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:25 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:40 PM

Feedback

- **Hide Tracking History**

What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704108501558

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 7:57 am on August 7, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
August 7, 2026 7:57 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 7, 2026 6:02 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 3:57 PM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:25 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:41 PM

Feedback

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Tracking Number:

## 9589071052704108492481

Remove X

Copy Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:15 am on August 7, 2026 in WASHINGTON, DC 20220.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20220
August 7, 2026 4:15 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20220
August 6, 2026 10:42 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 6, 2026 10:15 AM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:26 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:42 PM

Feedback

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

**9589071052704108501565**

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:15 am on August 7, 2026 in WASHINGTON, DC 20220.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20220
August 7, 2026 4:15 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20220
August 6, 2026 10:42 AM

Feedback

**Arrived at Post Office**

WASHINGTON, DC 20018
August 6, 2026 10:15 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 12:54 PM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:26 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:42 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704108501572

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 7:56 am on August 7, 2026 in WASHINGTON, DC 20229.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20229
August 7, 2026 7:56 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704108501589

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 8:01 am on August 7, 2026 in WASHINGTON, DC 20536.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
August 7, 2026 8:01 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 7, 2026 5:56 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 3:57 PM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:26 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:43 PM

Feedback

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052704108501596

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 7:57 am on August 7, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
August 7, 2026 7:57 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 7, 2026 6:03 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 10:46 AM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 31, 2026 12:39 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:44 PM

Feedback

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704108501602

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 7:57 am on August 7, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
August 7, 2026 7:57 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 7, 2026 6:02 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 3:57 PM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:25 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:44 PM

Feedback

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

**FAQs ›**

**Remove ✕**

**Tracking Number:**

## 9589071052704108501619

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:30 am on August 7, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 7, 2026 4:30 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
August 6, 2026 11:15 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
August 6, 2026 9:46 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 6, 2026 6:52 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2026 12:54 PM

Feedback

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 30, 2026 11:25 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:45 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704108501633

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:58 am on August 6, 2026 in FORT LAUDERDALE, FL 33394.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

FORT LAUDERDALE, FL 33394
August 6, 2026 11:58 AM

**Arrived at USPS Facility**

OPA LOCKA FL DISTRIBUTION CENTER
August 1, 2026 11:38 AM

**Arrived at USPS Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
July 31, 2026 7:10 PM

**USPS in possession of item**

MIAMI, FL 33131
July 29, 2026 3:45 PM

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**